# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID C. COOK,

    Plaintiff,                                   CASE NO. 04-74963

-vs-                                              PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; and (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court has reviewed the Magistrate Judge's Report and Recommendation, filed on July 28, 2005, as well as any objections filed thereto.

**IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and Defendant's Motion for Summary Judgment is GRANTED.

                                                     s/Paul D. Borman
                                                     PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: September 6, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 6, 2005.

                                                     s/Jonie Parker
                                                     Case Manager